**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Chapter 7** |
| **WITH PURPOSE, INC.,** | § | |
| | § | **Case No. 23-30246-MVL-7** |
| ***Debtor*.** | § | |

| | | |
|---|---|---|
| **SCOTT M. SEIDEL, TRUSTEE,** | § | |
| | § | |
| ***Plaintiff*,** | § | |
| | § | |
| **v.** | § | **Adv. No. 25-03008-mvl** |
| | § | |
| **TOBY NEUGEBAUER and** | § | |
| **MELISSA NEUGEBAUER,** | § | |
| | § | |
| ***Defendants*** | § | |

**ORDER GRANTING MOTION TO COMPEL DISCOVERY FROM DEFENDANTS TOBY NEUGEBAUER AND MELISSA NEUGEBAUER**

CAME ON FOR CONSIDERATION Plaintiff Scott M. Seidel's (the "Trustee" or "Plaintiff") Motion to Compel Discovery and Brief in Support (the "Motion") against Defendants Toby Neugebauer ("Toby") and Melissa Neugebauer ("Melissa" and together with Toby, the "Defendants"), and all supporting documents. Having considered the Motion, any response thereto, the arguments of counsel, and the applicable law, the Court finds that the Motion is well-taken and should be **GRANTED.**

Accordingly, **IT IS HEREBY ORDERED** that:

1. Toby Neugebauer produces to the Trustee all non-privileged documents within his possession, custody, or control responsive to the requests for production contained in the Trustee's First Set of Discovery to Defendant Toby Neugebauer;

2. Melissa Neugebauer produces to the Trustee all non-privileged documents within her possession, custody, or control responsive to the requests for production contained in the Trustee's First Set of Discovery to Defendant Melissa Neugebauer;

3. Defendant produces documents in the form in which they are ordinarily maintained or in a reasonably usable form and preserve associated metadata; and

4. Defendant completes the production required by the foregoing paragraphs within seven days of entry of the Order; and

5. Defendant Toby Neugebauer serve amended, Rule 36-compliant answers to RFA Nos. 11-41 and 43-52 within seven days of entry of the Order, with those requests deemed admitted if he does not; and

6. Defendant Melissa Neugebauer serve amended, Rule 36-compliant answers to RFA Nos. Nos. 8-35 and 37-46, within seven days of entry of the Order, with those requests deemed admitted if she does not.

**# # # END OF ORDER # # #**